OPINION #   O-7526          WAS NEVER ISSUED OR

WAS WITHDRAWN.